245 F.2d 466
 L. B. BINION, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 16335.
 United States Court of Appeals Fifth Circuit.
 June 28, 1957.
 
 Appeal from the United States District Court for the Western District of Texas; Ben. H. Rice, Jr., Judge.
 Jacob Kossman, Philadelphia, Pa., for petitioner.
 John R. Locke, Jr., Asst. U. S. Atty., Harman Parrott, Asst. U. S. Atty., San Antonio, Tex., Russell B. Wine, U. S. Atty., San Antonio, Tex., for respondent.
 Before RIVES, TUTTLE and JONES, Circuit Judges.
 PER CURIAM.
 
 
 1
 On the authority of Achilli v. United States, 77 S.Ct. 995 and Costello v. United States, 77 S.Ct. 1281, the judgment is
 
 
 2
 Affirmed.